043679/01270/MPM/TPB/PAO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL JOHNSON, | |
| Plaintiff, | |
| v. | |
| AMAZON.COM LLC, a Delaware Corporation; DUKE REALTY LIMITED PARTNERSHIP, an Indiana Partnership; and STEEL KING INDUSTRIES, INC., a Wisconsin Corporation, | |
| Defendants, | Case Number 17-cv-7335 |
| ---------- | Judge Ruben Castillo |
| STEEL KING INDUSTRIES, INC., | |
| Defendant/Third Party Plaintiff, | |
| v. | |
| LAKESIDE RACK INSTALLERS, INC., | |
| Third Party Defendant. | |

**STEEL KING INDUSTRIES, INC.'S MOTION *IN LIMINE* # 30 TO BAR EVIDENCE OF PRIOR INCIDENTS AND COMPARISON TO THE SUBEJCT OCCURRENCE**

Defendant, STEEL KING INDUSTRIES, INC., by and through its attorneys, Thomas P. Boylan and Michael P. Moothart of CASSIDAY SCHADE LLP, respectfully moves this Honorable Court *in limine* for an order to exclude any evidence or testimony regarding prior incidents at the subject premises, and comparison of prior incidents to the subject occurrence. Accordingly, Defendant states the following in support of its motion:

1. Prior to the occurrence at issue in this case, there was a prior incident in the subject warehouse where a forklift operator struck a column while operating the forklift.

2. The occurrence at issue arises out of a forklift driver operating the forklift under a section of unsecured rack, which caused a scissor lift to fall. (*See* deposition of Michael Johnson at 75:2-79:2, attached in Duke Realty's Motion *in Limine* to bar mention of prior incidents; deposition of Adam Medlin at 120:23-121:5 attached in Duke Realty's Motion *in Limine* to bar mention of prior incidents; deposition of Jeffrey Russell, p. 140:23-141:4 attached in Duke Realty's Motion *in Limine* to bar mention of prior incidents). The prior incidents are unrelated to the occurrence at issue.

3. Pursuant to Federal Rule of Evidence 401, "[e]vidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action." Fed. R. Evid. 401.

4. Pursuant to Federal Rule of Evidence 403, "[a] court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Fed. R. Evid. 403.

5. In the instant matter, evidence of the prior incidents is not a fact of consequence, as it has no nexus to the occurrence at issue. Similarly, such evidence does not make a fact of consequence more or less likely. Any marginal probative value this evidence may offer would be substantially outweighed by the danger of unfair prejudice, and would confuse the issue and mislead the jury as the prior incidents are not at issue in this case.

WHEREFORE, Defendant, STEEL KING INDUSTRIES, INC., moves this Honorable Court *in limine* to exclude testimony by any party regarding prior incidents.

**GRANTED \_\_\_\_\_ DENIED \_\_\_\_\_ WITHDRAWN \_\_\_\_\_ RESERVED \_\_\_\_\_**

                                                    CASSIDAY SCHADE LLP,
                                                    /s/ Michael P. Moothart_____
                                                    Attorney for Defendant, STEEL KING INDUSTRIES, INC.

Thomas P. Boylan
ARDC No. 6193374
Michael P. Moothart
ARDC No. 6299545
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
tboylan@cassiday.com
mmoothart@cassiday.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on April 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  **/s/ Michael P. Moothart**
                                                  Michael P. Moothart
                                                  ARDC No. 6299545
                                                  Attorney for Defendant, STEEL KING INDUSTRIES, INC.
                                                  CASSIDAY SCHADE LLP
                                                  222 West Adams Street, Suite 2900
                                                  Chicago, IL 60606
                                                  (312) 641-3100
                                                  (312) 444-1669 – Fax
                                                  mmoothart@cassiday.com

9125890 POLSEN;POLSEN