**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Michael Johnson

         Plaintiff,

v.                   Case No.: 1:17−cv−07335

                   Honorable Ruben Castillo

Amazon.com LLC, et al.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 21, 2019:

   MINUTE entry before the Honorable Ruben Castillo:Jury trial held on 8/21/2019 and continued to 8/22/2019 at 9:30 a.m. The Court hereby orders an appropriate representative with full settlement authority in these two consolidated cases on trial to be present in this Court's chambers, Room 2588, on Thursday, August 22, 2019 at 12:30 p.m. for a final settlement conference unless these two cases are fully settled prior to that time and date.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.