# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Michael Johnson

                        Plaintiff,

v.                                           Case No.: 1:17–cv–07335
                                                            Honorable Ruben Castillo

Amazon.com LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2019:

      MINUTE entry before the Honorable Ruben Castillo: Case was called for trial. The parties have reached a settlement as indicated on the record. Both cases are dismissed without prejudice. Defendants will draft settlement documents for signature by both plaintiffs by 8/30/2019 with limited confidentiality clause to be enforced by the Court. Settlement proceeds will be distributed to Plaintiffs attorneys on or before 9/30/2019. Thereafter the parties should file settlement stipulations which dismiss these cases with prejudice. Lakeside's amended motion for good faith finding under the Illinois Joint Tortfeasors Contribution Act and motion to dismiss [374]; and Steel King's motion to extend scheduling order and in limine [377] are denied as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.